MEMORANDUM OPINION

No. 04-06-00768-CR

Mary Elizabeth LEATHERMAN a/k/a Mary Bethel,

Appellant

v.

The STATE of Texas,

Appellee

From the 399th Judicial District Court, Bexar County, Texas

Trial Court No. 2005-CR-9070W

Honorable Juanita Vasquez-Gardner, Judge Presiding




PER CURIAM



Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice



Delivered and Filed: January 24, 2007



DISMISSED FOR WANT OF JURISDICTION

 On January 9, 2006, appellant was placed on deferred adjudication community supervision for a period of five years. On
September 7, 2006, the State filed a motion to enter an adjudication of guilt and to revoke appellant's community
supervision. On October 27, 2006, the trial court entered an order continuing appellant on deferred adjudication and
modifying the terms of appellant's community supervision. Appellant filed a notice of appeal from the trial court's order
modifying the conditions of her community supervision. This court does not have jurisdiction to consider an appeal from
an order altering or modifying the conditions of community supervision. See Basaldua v. State, 558 S.W.2d 2, 5 (Tex.
Crim. App. 1977); Quaglia v. State, 906 S.W.2d 112, 113 (Tex. App.--San Antonio 1995, no pet.). On December 7, 2006,
this court issued an order for appellant to show cause on or before December 22, 2006 why this appeal should not be
dismissed for lack of jurisdiction. Appellant's appointed counsel responded, and conceded that appellant has no right to
appeal. Accordingly, this appeal is dismissed for lack of jurisdiction.

 PER CURIAM

DO NOT PUBLISH